ORIGINAL

FILED
NOV 1 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CWC Partnership I, by and through Richard E. Sands, Tax Matters Partner,

Plaintiff,

v.

United States of America,

Defendant.

Case No. 07-764 T

**NOTICE OF DIRECTLY-RELATED AND INDIRECTLY RELATED CASES**

Pursuant to Rule 40.2(a), Plaintiff hereby files notice that the above-referenced case is directly related to Case No. 1:06-cv-00409, styled R,R,M & C Partners, L.L.C., By and Through R,R,M & C Group, L.P., a Notice Partner v. United States (the "Partners case"), Case No. 1:06-cv-00410, styled R,R,M & C Group, L.P., By and Through Robert Sands, a Notice Partner v. United States (the "Group case"), and Case No. 1:06-cv-00411, styled CWC Partnership I, By and Through Trust FBO Zachary Stern U/A Fifth G, Andrew Stern and Marilyn Sands, Trustees, a Notice Partner v. United States (the "CWC 2001 case"). The directly related cases have been consolidated for pre-trial purposes into Case No. 1:06-cv-00407, styled Alpha I, L.P., by and through Robert Sands, a Notice Partner v. United States (the "Alpha case").

In this case and the Group, Partners, and CWC 2001 cases, the Plaintiffs' complaints seek readjustment of partnership items under Section 6226 of the Internal Revenue Code of 1986, as amended. This case and the other three cases assert similar claims and involve some of the same adjustments and ultimate parties. Specifically, the CWC 2001 case involves the same parties – CWC and the United States – as this case. Richard E. Sands, the tax matters partner for CWC, is

a partner in the partnership at issue in the Group case, and Group is a partner in the Partners case. The Group case involves some of the same adjustments that are at issue in this case. Assignment of this case and the other three cases to a single judge, specifically Judge Emily C. Hewitt before whom the other three cases are pending, is appropriate because consolidation will conserve the Court's and the parties' resources and promote the efficient determination of the actions.

Pursuant to Rule 40.2(b), Plaintiff hereby files notice that this case is indirectly-related to Case No. 1:06-cv-00811, styled M, L, R & R, by and through Richard E. Sands, Tax Matters Partner v. United States (the "M, L, R & R case"), Case No. 1:06-cv-00810, styled Mickey Management, L.P., by and through Marilyn Sands, A Notice Partner v. United States (the "Mickey Management case"), Case No. 1:06-cv-00408, styled Beta Partners, L.L.C., by and through Alpha I, L.P., a Notice Partner v. United States (the "Beta case"), and that Alpha case into which all of the indirectly-related cases have been consolidated for pre-trial purposes, pending before Judge Emily C. Hewitt.

This case and the indirectly-related cases have some of the same ultimate parties and assert some of the same claims. CWC and its partners Richard Sands and Robert Sands were partners in the partnerships at issue in the Alpha and M, L, R & R cases. As such, the adjustments made in the Beta, Alpha and M, L, R & R cases affect the derivative adjustments in the CWC case and the resulting adjustments carried out to CWC's partners. Assignment of this indirectly-related case to the same judge, specifically to Judge Emily C. Hewitt before whom the M, L, R &R, Mickey Management, Beta, and Alpha cases are pending, is appropriate, will conserve the court's and the parties' resources, and will promote the efficient determination of the actions.

Dated: November 1, 2007

Respectfully submitted,

Lewis S. Wiener
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Tel: (202) 383-0140
Fax: (202) 637-3593
lewis.wiener@sablaw.com
Attorney for Plaintiff

OF COUNSEL:

N. Jerold Cohen
Thomas A. Cullinan
Joseph M. DePew
Julie P. Bowling
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 853-8000
Fax: (404) 853-8806

Kent L. Jones
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415
Tel: (202) 383-0732
Fax: (202) 637-3593

Attorneys for Plaintiff