**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CWC PARTNERSHIP I, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 07-764T** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**UNITED STATES OF AMERICA'S UNOPPOSED FIRST MOTION**
**<u>TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT</u>**

On November 1, 2007, plaintiff filed a Complaint for Readjustment of Partnership Items Under Code Section 6626. The United States' answer is due December 31, 2007. The United States respectfully requests an additional 31 days, until January 31, 2008, to file its answer or other response to plaintiff's complaint. Plaintiff does not oppose this request.

In support of this request, the United States states the following:

1. Plaintiff filed its complaint on November 1, 2007. The United States' answer is due to be filed December 31, 2007. This is the United States' first request to extend the time to answer or respond to plaintiff's complaint.

2. The additional time is needed to obtain and review the IRS administrative files and recommendation in order to prepare an answer or other responsive pleading to plaintiff's complaint. The United States has requested, but not yet received, this material.

3. The United States has conferred with plaintiff's counsel regarding this extension request and plaintiff does not oppose the requested 31 day extension.

For the reasons set forth above, the United States respectfully requests that the time to file an answer or response to plaintiff's Complaint be extended 31 days, until January 31, 2008.

Respectfully submitted,

/s/ Thomas M. Herrin
THOMAS M. HERRIN
Attorney of Record
U.S. Department of Justice - Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9745 / (214) 880-9762
(214) 880-9742 (FAX)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

LOUISE HYTKEN
Chief, Southwestern Civil Trial Section
MICHELLE C. JOHNS
Trial Attorney