# In the United States Court of Federal Claims

No. 07-764 T

(E-Filed: December 17, 2007)

| | |
|---|---|
| CWC PARTNERSHIP I, BY AND THROUGH, RICHARD E. SANDS, TAX MATTERS PARTNER, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On November 1, 2007, defendant filed United States of America's Unopposed First Motion to Extend Time to Respond to Plaintiff's Complaint (defendant's Motion or Mot.) 1. The Clerk of the Court has informed the court that defendant's Motion was not signed by the attorney of record. On or before Friday, December 21, 2007, defendant shall file its Notice of Appearance.

For judicial efficiency, however, the court will accept defendant's Motion as it was filed. Based on the representations contained in defendant's Motion, the court GRANTS defendant's Motion. Defendant shall file its answer to plaintiff's complaint on or before Thursday, January 31, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge