**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CWC PARTNERSHIP I, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 07-764T** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**UNITED STATES OF AMERICA'S UNOPPOSED SECOND MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

On November 1, 2007, plaintiff filed a Complaint for Readjustment of Partnership Items Under Code Section 6626. The United States' answer was initially due on December 31, 2007. The United States previously requested and received an additional 31 days, until January 31, 2008, to file its answer or other response to plaintiff's complaint. The United States requests an additional 32 days, until March 3, 2008, to file its response. Plaintiff does not oppose this request.

In support of this request, the United States states the following:

1. Plaintiff filed its complaint on November 1, 2007. The United States' answer was initially due on December 31, 2007. The United States previously requested and received an additional 31 days, until January 31, 2008, to file its answer or other response to plaintiff's complaint. The United States now requests an additional 32 days, until March 3, 2008, to file its answer or other response to plaintiff's complaint.

2. Counsel for the United States has recently received, but not yet had an opportunity to fully review the IRS administrative files in this proceeding. The additional time is needed to complete this review in order to prepare an appropriate answer or other responsive pleading to plaintiff's complaint.

3. The United States has conferred with plaintiff's counsel regarding this extension request and plaintiff does not oppose the requested 32 day extension.

For the reasons set forth above, the United States respectfully requests that the time to file an answer or response to plaintiff's Complaint be extended 32 days, until March 3, 2008.

Respectfully submitted,

/s/ Thomas M. Herrin
THOMAS M. HERRIN
Attorney of Record
U.S. Department of Justice - Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9745 / (214) 880-9762
(214) 880-9742 (FAX)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

LOUISE HYTKEN
Chief, Southwestern Civil Trial Section
MICHELLE C. JOHNS
Trial Attorney