# In the United States Court of Federal Claims

No. 07-764 T

(E-Filed: January 29, 2008)

CWC PARTNERSHIP I, BY AND THROUGH, RICHARD E. SANDS, TAX MATTERS PARTNER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

On January 29, 2008, defendant filed United States of America's Unopposed Second Motion to Extend Time to Respond to Plaintiff's Complaint (defendant's Motion). The Clerk of the Court has informed the court that defendant's Motion was not signed by the attorney of record. Defendant shall file its Notice of Appearance immediately.

For judicial efficiency, however, the court will accept defendant's Motion as it was filed. Because defendant's Motion is unopposed, and for the reasons contained therein, defendant's Motion is GRANTED. Defendant shall file its answer to plaintiff's complaint on or before Monday, March 3, 2008.

IT IS SO ORDERED.

s/ Nancy B. Firestone
NANCY B. FIRESTONE
Judge
FOR
EMILY C. HEWITT
Judge