**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CWC PARTNERSHIP I, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 07-764T** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas M. Herrin, as attorney of record for the United States of America. Service of all papers and notices should be addressed as follows:

THOMAS M. HERRIN
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201

Respectfully submitted,

/s/ Thomas M. Herrin

THOMAS M. HERRIN
Attorney of Record
U.S. Department of Justice - Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9745 / (214) 880-9762
(214) 880-9742 (FAX)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

LOUISE HYTKEN
Chief, Southwestern Civil Trial Section
MICHELLE C. JOHNS
Trial Attorney