IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CWC PARTNERSHIP I, BY AND THROUGH RICHARD E. SANDS, TAX MATTERS PARTNER,<br>Plaintiff, | ) | |
| v. | ) | 07-764 T<br>(Judge Hewitt) |
| THE UNITED STATES,<br>Defendant. | ) | |

PLAINTIFF'S MOTION TO EXTEND TIME TO FILE A JOINT PRELIMINARY STATUS REPORT

Plaintiff, CWC Partnership I ("CWC"), moves for an enlargement of time of 90 days, from April 24, 2008 to July 23, 2008 to file its joint preliminary status report with defendant in this matter.

In support thereof, plaintiff states as follows:

Following the filing of the Government's Answer in this matter, the parties, by and through their counsel, met to discuss the items outlined in Subsections II and III (paragraphs 3, 4 and 5) of RCFC Appendix A. In their discussion, the parties realized that their responses to the items outlined in RCFC Appendix A will likely be affected by their consideration of the effect of the recent concession by plaintiffs in the consolidated cases *Alpha I, L.P. v. United States*, 06-407 T pending in this Court and will potentially be affected by the outcome of motions in pending Tax Court actions (*Richard E. and Jennifer L. Sands v. Commissioner*, Docket No. 25311-07; *Robert S. and J. Nancy Sands v. Commissioner*, Docket No. 25312-07; *Marilyn A. Sands v. Commissioner*, Docket No.

25313-07) to be argued on May 6, 2008.[1] The parties have been unable to determine at this time whether this case should be consolidated with the *Alpha* cases, whether plaintiffs' concession in the *Alpha* cases will narrow the issues to be considered in this case, whether this case should be stayed pending the outcome of any of the other aforementioned cases, and whether any discovery will be necessary in this case.

Because of the myriad of considerations arising from the other related, pending actions, plaintiff requests that the Court allow the parties to file a joint preliminary status report addressing each issue in RCFC Appendix A after they are able to determine the effects of these other issues on this case. Plaintiff requests that the Court allow the parties to file their joint preliminary status report within 90 days, on or before July 23, 2008, to allow the parties to determine the effects of the related pending cases on this case and the issues to be decided by the Court.

Plaintiff has discussed this motion with defendant, and plaintiff's understanding is that defendant also desires that the Court grant this motion for an extension of time to file a joint preliminary status report. Plaintiff attempted to contact defendant, leaving several messages throughout the afternoon and evening, to confirm defendant's agreement with this motion as filed. However, without hearing from defendant, plaintiff was unable to confirm that defendant agrees with every statement herein or joins in this motion before the deadline for filing.

[1] Plaintiff notes that the pending motions in the Tax Court cases are a motion to dismiss for lack of jurisdiction and a motion to restrain assessment and collection, and plaintiff intends to bring similar motions in this action.

Respectfully submitted,

/s Lewis S. Wiener
LEWIS S. WIENER
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0140
Fax: (202) 637-3593
Email: lewis.wiener@sablaw.com

Of Counsel:

N. Jerold Cohen
Thomas A. Cullinan
Joseph M. DePew
Julie P. Bowling
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8000
(404) 853-8806 (fax)

Kent L. Jones
Sutherland, Asbill & Brennan
1275 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 383-0732
Fax: (202) 637-3593
Attorney for Plaintiffs

April 24, 2008