# In the United States Court of Federal Claims

No. 07-764 T

(E-Filed: April 30, 2008)

CWC PARTNERSHIP I, BY AND THROUGH, RICHARD E. SANDS, TAX MATTERS PARTNER,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court are Plaintiff's Motion to Extend Time to File a Joint Preliminary Status Report (plaintiff's Motion or Pl.'s Mot.) and the United States of America's Joinder in Plaintiff's Motion to Extend Time to File a Joint Preliminary Status Report (defendant's Response or Def.'s Resp.). Based on the representations contained in plaintiff's Motion, and the fact that defendant joins in the request, see Def.'s Resp. 1, plaintiff's Motion is GRANTED. The parties shall file a Joint Preliminary Status Report on or before Wednesday, July 23, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge