# In the United States Court of Federal Claims

No. 07-764 T

(E-Filed: July 24, 2008)

| | |
|---|---|
| CWC PARTNERSHIP I, BY AND THROUGH, RICHARD E. SANDS, TAX MATTERS PARTNER, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Preliminary Status Report (JPSR), filed pursuant to the court's Order of April 30, 2008 and Appendix A of the Rules of the Court of Federal Claims (RCFC). The JPSR requests a stay of proceedings.

Based on the representations contained in the JPSR, in particular the representation that substantially identical issues are the subject of pending motions both in this court and the Tax Court, the case is STAYED. The parties shall, within ten business days of the resolution of any of the relevant issues raised in the proceedings described in the JPSR, file with the court a status report stating whether this stay should or should not be continued.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge